Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 1:09CR01217-1 (DLC)

Danny Frias

On November 02, 2016, the above named was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Danny Frias be discharged from Supervised Release.

Respectfully submitted,

by _____
Zondra Jackson
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __4th__ day of __May__, 20 __21__.

_____
Honorable Denise L. Cote
U.S. District Judge